**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 15-05312 (ESL) |
| COCO BEACH GOLF & COUNTRY CLUB, INC. | CHAPTER 11 |
| Debtor | |

ORDER AND NOTICE

On August 3, 2015, the United States Trustee filed an *Objection to Motion to Sell Property Pursuant to 11 U.S.C. §363(f), Request for Proper Notice, and Other Grounds* ("Objection") (Docket No. 27). On July 20, 2015 the Court scheduled a hearing for August 10, 2015 at 10:00am to hear any timely objections, and determine if the proposed Bidding Procedures Order should be entered (Docket No. 22). Therefore, the court hereby orders that the United States Trustee's Objection will be heard on August 10, 2015 at 10:00am.

SO ORDERED.

In San Juan, Puerto Rico, this 5th day of August, 2015.

Enrique S. Lamoutte
United States Bankruptcy Judge

-1-