**EXHIBIT C**

**Golf**

| Capital Expenditures ($) | |
|---|---:|
| **Course Equipment** | |
| Golf Cart Fleet | 802,052 |
| (4) new toro fairways units($45,000 each) | 180,000 |
| New tank (generator) /30kw | 25,000 |
| Green Roller (2) - $14k/ unit | 28,000 |
| Small Tools (Trimmers, Blowers, Chainsaws, radios) | 20,000 |
| Truck | 80,000 |
| **Sub Total** | **1,135,052** |
| | |
| **Club House** | |
| Contract Cleaning | 80,000 |
| Ice Machine/ Maint Shop | 7,000 |
| Potable Water Pumpp | 13,000 |
| New Ice Machine  (2nd Floor) | 7,000 |
| Repair 1st Floor Ice Machine | 3,500 |
| A/C Golf Shop | 8,000 |
| A/C Kitchen | 8,000 |
| A/C Unit Storage (2) | 2,200 |
| Walk in Cooler Repair (Kitchen) | 9,200 |
| Hot Water Heater Repair | 7,500 |
| A/C Duct Repair Men's Locker | 5,000 |
| Golf Club Renovation | 200,000 |
| Women Lockers Ceiling mainteinance/repair | 10,000 |
| Men Lockers Ceiling mainteinance/repair | 10,000 |
| Firesupression (Computer room) | 15,000 |
| Generator for administrative office / 20 kw | 12,000 |
| **Sub Total** | **397,400** |
| | |
| **Golf Miscelaneous** | |
| Driving Range Bag Stands (20@$215) | 4,300 |
| communication (radio,etc) | 10,000 |
| Podium | 2,545 |
| Bag Racks (2 @2,730) | 5,460 |
| Trash Dispensers (11 @$840) | 9,240 |
| Course Water Stations (10 @ $1,660) | 16,600 |
| Club Washers (2@$810) | 1,620 |
| Divot Bottle Stand | 1,335 |
| ST. Claire benches (Range) (2@$514) | 514 |
| Benches Starter Booth (2@$735) | 1,470 |
| Aluminium Yardage Markers (108 @$71) | 7,668 |
| Scorecards | 1,520 |
| Tees w/coco Beach Logo | 3,340 |
| Divot Repair Tool w/Coco Beach Logo | 750 |
| Ball Markers w/logo | 350 |
| Pencils w/logo | 950 |
| Ball Washing Machine | 3,500 |
| **Sub Total** | **71,162** |

| **Course Repair** | | |
|---|---|---|
| Chemicals | | 200,000 |
| Disk | | 30,000 |
| Sand | | 100,000 |
| Testing | | 5,000 |
| Sod | | 100,000 |
| Bunkers | | 100,000 |
| Lakes | | 100,000 |
| Tees | | 100,000 |
| Plant Material Rehabilitation | | 450,000 |
| Clubhouse Landscaping | | 200,000 |
| Greens | | 100,000 |
| **Sub Total** | | **1,485,000** |
| | | |
| **F&B** | | |
| Flooring repairs | | 18,000 |
| 40 new Banquet Chairs (@$60 each) | | 2,400 |
| White Folding Chairs (50 @$50 each) | | 2,500 |
| 16 inch Round Tables (10@$125 each) | | 1,250 |
| Square Table (18x72) (28 @$125 each) | | 2,500 |
| Water Pitchers (25 @15 each) | | 375 |
| Water Catchers (25 @15 each) | | 375 |
| 1 New Stove | | 4,000 |
| 1 New Commercial Blender | | 1,200 |
| Existing equipment repairs | | 8,000 |
| Miscellaneous kitchen equipment | | 3,000 |
| **Sub Total** | | **43,600** |
| | | |
| **Irrigation system** | | |
| Irrigation System | | 200,000 |
| Pump Stations (3) | | 24,000 |
| **Sub Total** | | **224,000** |
| | | |
| **Power Bill + insurance** | | **206,000** |
| | | |
| **Pro-Shop Inventory** | | **25,000** |
| | | |
| **Total** | | **3,587,214** |

| **Fees & Expenses** | | |
|---|---|---|
| **Commitment Fee** | 1.00% | 35,872 |
| **Drawing Fee** | 0.25% | 8,968 |
| **Sub-Total** | | **44,840** |

| **Total Loan** | | **3,632,054** |
|---|---|---|
| | | |
| **Anticipated Interest** | 9.00% | **287,951** |
| | | |
| **Expected Total Payoff** | | **3,920,006** |